IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-107-E-BLW |
| Plaintiff, ) | |
| ) | ORDER ON MOTION |
| vs. ) | TO DISMISS |
| JUAN FRANCISCO TAFOLLA-GONZALEZ, ) | |
| Defendant. ) | |

  This matter having come before the Court upon motion of the government (Docket No. 16), and for good cause appearing, therefore

  The indictment filed against the defendant is dismissed in the above captioned case without prejudice.

DATED: **September 27, 2007**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER ON MOTION TO DISMISS** - Page 1